# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

KIRBY C. BRUCE

Case No.    2:10cr056-01-WKW

USM No.    12941-002

_____Aylia McKee_____
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    1 & 3-6 of the 8/6/2012  Amended Petition.

☐   was found in violation of condition(s)    _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to answer all inquiries by the probation officer and failed to follow the instructions of the probation officer | 02/07/2012 |
| 3 | Defendant failed to pay $300 per month as child support | 01/26/2011 |
| 4 | Defendant committed another federal, state or local crime | 02/19/2012 |
| 5 | Defendant committed another federal, state or local crime | 06/29/2012 |
| 6 | Defendant failed to notify the probation officer of being arrested or questioned by a law enforcement officer | 02/19/2012 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s)  2 and 7_____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9395

Defendant's Year of Birth:    1969

City and State of Defendant's Residence:
Montgomery, AL

September 27, 2012
Date of Imposition of Judgment

Signature of Judge

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

Oct. 1, 2012
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page ___2___ of ____2____

DEFENDANT:        KIRBY C. BRUCE
CASE NUMBER:      2:10cr056-01-WKW

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

10 Months.  No term of supervision to follow.  The term of probation imposed on January 26, 2011 is REVOKED. This term is consecutive to the term of 13 months imposed in 2:12cr133-WKW.

☐  The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL